**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO ALCALDE-AGUILERA,<br><br>　　　　　　　　Defendant. | Case No. 25-cr-03069-AGS<br>　　　　　　25MJ8580<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine<br>(Felony) |

The United States Attorney charges:

On or about July 9, 2025, within the Southern District of California, defendant, ALEJANDRO ALCALDE-AGUILERA, did knowingly and intentionally import 500 grams and more, to wit: approximately 45.26 kilograms (99.78 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/30/25　　　　　　.

　　　　　　　　　　　　　　　　ADAM GORDON
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*Dana Segal* for

　　　　　　　　　　　　　　　　BRENDAN P. BARBER
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

BPB:jf/lv:7/29/2025